IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MIGUEL VEGA, et al.,

    Plaintiff,

  v.

MCLAIRD ENTERPRISES, INC., et al.,

    Defendants.

*E-FILED - 4/16/09*

CASE NO.: C-08-04805-RMW

**ORDER TO SHOW CAUSE RE: DISMISSAL**

    This matter came on regularly for a Case Management Conference on March 27, 2009. Defendant Security Company of the Pacific appeared through its counsel, Anthony Passaretti. Plaintiff failed to appear. Therefore,

    IT IS HEREBY ORDERED that plaintiff appear on **May 8, 2009 @ 9:00 a.m.** in courtroom 6 of this Court and show cause WHY THIS CASE SHOULD NOT BE DISMISSED for failure to appear at the Case Management Conference.

    In addition to appearing on May 8, 2009, plaintiff must file and serve on defendant's counsel by May 1, 2009, a declaration or affidavit under oath explaining why he failed to appear at the Case Management Conference.

    IF PLAINTIFF FAILS TO COMPLY WITH THIS ORDER OR FAILS TO SHOW GOOD REASON FOR IS FAILURE TO APPEAR, THE CASE WILL BE DISMISSED.

DATED: April 16, 2009

                                                   */s/ Ronald M. Whyte*
                                                   RONALD M. WHYTE
                                                   UNITED STATES DISTRICT JUDGE

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28