**E-FILED on** 11/6/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIGUEL VEGA, CARLOS VEGA, EDGAR VEGA, MARCOS VEGA, ALEJANDRO VEGA, and JOSE VEGA,<br><br>Plaintiffs,<br><br>v.<br><br>MCLAIRD ENTERPRISES INC. dba COSTELLO'S TREE SERVICE, SEAN MCLAIRD dba COSTELLO'S TREE SERVICE, TOM MULLIN dba COSTELLO'S TREE SERVICE, URBAN FORREST TREE SERVICE dba COSTELLO'S TREE SERVICE, SURETY COMPANY OF THE PACIFIC and DOES 1-10.<br><br>Defendants. | No. C-08-04805 RMW<br><br><br><br>ORDER GRANTING MOTION FOR DEFAULT JUDGMENT<br><br><br><br>**[Re Docket No. 24]** |

Plaintiffs' motion for entry of default judgment came on for hearing before the court on November 6, 2009. Defendants Thomas Mullin and Sean McLaird, each proceeding pro se, submitted papers in response to plaintiff's motion, but did not appear at the hearing. The remaining defendants did not appear or otherwise oppose the motion. No motion to set aside entry of default has been filed. Having considered the papers and evidence submitted and the argument of plaintiffs' counsel at oral argument, and for good cause appearing, plaintiffs' motion is granted.

The court has reviewed the evidence submitted by plaintiffs in support of their damages claims. The court finds that plaintiffs have adequately proven damages, as set forth below:

| Name | Unpaid Overtime Wages | FLSA Liquidated Damages | Labor Code §203 | Total Award |
|---|---|---|---|---|
| Carlos Vega | $17,761 | $12,234 | $4,560 | $34,455 |
| Edgar Vega | 13,936 | 9,399 | 3,360 | 26,695 |
| Jose Vega | 14,545 | 10,065 | 3,600 | 28,210 |
| Marcos Vega | 21,440 | 14,460 | 6,000 | 41,900 |
| Miguel Vega | 20,368 | 13,737 | 6,000 | 40,105 |
| Alejandro Vega | 15,215 | 9,292 | 6,000 | 30,507 |

Plaintiffs, however, have not adequately established a basis for an award under California Labor Code Section 226 (relating to pay stub violations).

Plaintiffs seek an award of their reasonable attorneys' fees pursuant to California Labor Code §1194(a), and have submitted the declaration of counsel to support their claim for $19,885 in attorney's fees. The overall number of hours, including time spent preparing for and engaging in mediation, is reasonable, as is the claimed hourly rate. Accordingly, plaintiffs are awarded $19,885 in attorneys' fees, in addition to the damages set forth above.

Plaintiffs' motion for default judgment is granted and judgment will be entered in favor of each plaintiff, and against the defendants, in the amounts set forth above. Plaintiffs are also awarded their costs and reasonable attorneys fees, as set forth herein.

DATED:     11/6/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

**James Dal Bon**
Email: jdalbon@dalbonandwang.com
Email: jdblaw@earthlink.net

**Tomas Eduardo Margain**
Email: margainlaw@hotmail.com

**Counsel for Defendants:**

**No Appearance**

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   11/6/09                                                       TER
                                                                             **Chambers of Judge Whyte**