**United States District Court**
**For the Northern District of California**

E-FILED on  11/6/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MIGUEL VEGA, CARLOS VEGA, EDGAR VEGA, MARCOS VEGA, ALEJANDRO VEGA, and JOSE VEGA,

Plaintiffs,

v.

MCLAIRD ENTERPRISES INC. dba COSTELLO'S TREE SERVICE, SEAN MCLAIRD dba COSTELLO'S TREE SERVICE, TOM MULLIN dba COSTELLO'S TREE SERVICE, URBAN FORREST TREE SERVICE dba COSTELLO'S TREE SERVICE, SURETY COMPANY OF THE PACIFIC and DOES 1-10.

Defendants.

No. C-08-04805 RMW

JUDGMENT

On November 6, 2009, the court entered default judgment in favor of plaintiffs and against defendants. Therefore,

IT IS HEREBY ordered that plaintiffs recover from defendants damages in the amounts specified below:

    Carlos Vega:    $34,455

    Edgar Vega:    $26,695

    Jose Vega:    $28,210

JUDGMENT—No. C-08-04805 RMW
TER

| | |
|---|---|
| Marcos Vega: | $41,900 |
| Miguel Vega: | $40,105 |
| Alejandro Vega: | $30,507 |

Plaintiffs are also awarded their reasonable attorneys' fees in the amount of $19,885 and their costs of suit.

DATED:   11/6/09

_Ronald M Whyte_
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

**James Dal Bon**
Email: jdalbon@dalbonandwang.com
Email: jdblaw@earthlink.net

**Tomas Eduardo Margain**
Email: margainlaw@hotmail.com


**Counsel for Defendants:**

**No Appearance**

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   11/6/09                                                                    TER
                                                                                **Chambers of Judge Whyte**

JUDGMENT—No. C-08-04805 RMW
TER                                           3